Georges Nahitchevansky (GN 7750)
KILPATRICK STOCKTON LLP
31 W. 52nd Street
New York, New York 10019
(212) 775-8700 (phone)
(212) 775-8820 (fax)

*Counsel for Plaintiff Merrill Lynch & Co., Inc.*



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERRILL LYNCH & CO., INC., <br><br>                 Plaintiff, <br> v. <br> "JOHN DOE" <br><br>                 Defendant. | Case No. 07 CV _____ <br><br> **<u>RULE 7.1 STATEMENT</u>** |



Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Merrill Lynch & Co., Inc., by its attorneys, hereby states that it is a publicly traded corporation that has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: October 30, 2007
       New York, New York

                                   KILPATRICK STOCKTON LLP

                                   By: _____
                                        Georges Nahitchevansky (GN 7750)
                                        31 W. 52nd Street
                                        New York, New York 10019
                                        (212) 775-8700 (phone)
                                        (212) 775-8820 (fax)

                                        *Counsel for Plaintiff*

US2000 10412886.1