**KILPATRICK STOCKTON LLP**
Georges Nahitchevansky (GN7750)
31 W. 52nd Street
New York, New York 10019
(212) 775-8700
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

MERRILL LYNCH & CO., INC.,

            Plaintiff,

v.

"JOHN DOE",

            Defendant.

07-CV-9649 (RPP/JCF)

**VOLUNTARY DISMISSAL OF ACTION UNDER F.R.C.P. 41(a)**

Plaintiff Merrill Lynch & Co., Inc. ("Plaintiff"), by its undersigned attorneys, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a) of Federal Rules of Civil Procedure.

Dated: July 14, 2008

            KILPATRICK STOCKTON LLP

            By: _____
            Georges Nahitchevansky (GN 7750)
            31 W. 52nd Street
            New York, New York 10019
            (212) 775-8700
            (212) 775-8820 (Fax)

            *Attorneys for Plaintiff*

*[Handwritten: Application granted. So ordered. Robert P. Patterson USDJ 7/14/08 Case closed]*